In re: Zeling CAI, Jonathan Sprent, Anders Brunmark, Michael Jackson, and Per A. Peterson.

No. 2008–1024.

United States Court of Appeals, Federal Circuit.

Nov. 8, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).